IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-CV-01449-RPM

KEITH REED and LAURA BLACK,
as heirs at law of BARBARA REED, deceased

      Plaintiffs,

v.

COORDINATED HEALTH CENTER, LLC
a Colorado Limited Liability Company d/b/a
ASPEN SIESTA,

      Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER, having come before the Court on the parties Stipulated Motion for

Dismissal with Prejudice, and the Court being fully advised in the premises,

HEREBY GRANTS the Motion. All claims brought or that could have been brought by

the Plaintiffs against the Defendant are hereby dismissed, with prejudice, with all parties being

responsible for their respective costs and attorney's fees.

DATED this 13th day of March, 2018.

BY THE COURT

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge